# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-3728

_____

| | | |
|---|---|---|
| Rember Sierra, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of an |
| v. | * | Order of the Board |
| | * | of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: August 8, 2011
Filed: August 11, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Honduran citizen Rember Sierra petitions for review of an order of the Board of Immigration Appeals that affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture. We lack jurisdiction to review the determination that the asylum application was barred as untimely filed. See 8 U.S.C. § 1158(a)(3); Ngure v. Ashcroft, 367 F.3d 975, 989 (8th Cir. 2004). After careful review, we conclude the denial of withholding of removal and denial of CAT relief are supported by substantial evidence in the record. See Wijono v. Gonzales, 439 F.3d 868, 872 (8th Cir. 2006) (standard of review). Accordingly, we deny the petition.

_____